The People of the State of New York ex rel. James T. M. Bleakley, Appellant, *v.* James J. Sexton et al., as Commissioners of the Department of Taxes and Assessments of the City of New York et al., Respondents.

(Argued June 7, 1934; decided July 3, 1934.)

*Samuel B. Seidel* and *Walter Frank* for appellant.

*Paul Windels, Corporation Counsel* (*William H. King, Isaac Phillips* and *Samuel Wittlin* of counsel), for Commissioners of Taxes and Assessments, respondents.

*Schuyler M. Meyer* and *John L. Dunn* for The Woodlawn Cemetery, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.